ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Native American Services Corp. | )    ASBCA No. 63453 |
| | ) |
| Under Contract No. W91151-20-C-0032 | ) |

APPEARANCES FOR THE APPELLANT:    Isaias Cy Alba, IV, Esq.
    Kevin T. Barnett, Esq.
     PilieroMazza PLLC
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
     Army Chief Trial Attorney
    MAJ Ronald C. Walton, JA
    Michael McDermott, Esq.
     Trial Attorneys

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: March 14, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63453, Appeal of Native American Services Corp., rendered in conformance with the Board's Charter.

Dated: March 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals